**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00561-CV

_____

**PATRICIA GAVIN AND JAMES K MOORE, Appellants**

**V.**

**MERCEDES BENZ OF HOUSTON GATEWAY, Appellee**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2010-30357**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed April 26, 2011. No motion for new trial was filed. Appellant's notice of appeal was filed June 28, 2011.

On July 14, 2011, appellee filed a motion to dismiss the appeal on the grounds the notice of appeal was untimely filed. _See_ Tex. R. App. P. 26.1. Appellant filed no response.

The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by rule 26.3

On August 9, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellants' response fails to demonstrate that this Court has jurisdiction to entertain the appeal.

Accordingly, appellee's motion is granted and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.